UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

MICHAEL L. COHEN and
VANJA BAROS,

                Defendants.

Case No. 17 cv 430

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Ronald G. White from the firm of Morrison & Foerster LLP hereby appears as counsel of record for Defendant Michael L. Cohen.

Dated: New York, New York
       February 16, 2017

MORRISON & FOERSTER LLP

By:   /s/ Ronald G. White
      Ronald G. White

250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
RWhite@mofo.com

*Attorney for Defendant Michael L. Cohen*