UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL L. COHEN and<br>VANJA BAROS,<br><br>     Defendants. | Case No. 17-CV-430 (NGG)(LB)<br><br>Date of Service: June 27, 2017<br><br>**NOTICE OF DEFENDANT MICHAEL L. COHEN'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

   **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Request

for Judicial Notice, and Declaration of Kayvan B. Sadeghi and exhibits thereto, Defendant

Michael L. Cohen, by his attorneys, will move this Court before the Honorable Nicholas G.

Garaufis, at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York 11201, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, dismissing the Amended Complaint in its entirety, with prejudice, together with such

other and further relief as the Court may deem just and proper.

Dated: New York, New York
   June 27, 2017

           MORRISON & FOERSTER LLP


           By:  /s/  *Ronald G. White*
              Ronald G. White
              Kayvan B. Sadeghi
              Amanda Aikman
              MORRISON & FOERSTER LLP
              250 West 55th Street
              New York, New York 10019
              (212) 468-8000

              *Attorneys for Defendant Michael L. Cohen*