# EXHIBIT 7

Dated 26 October 2007

**[BVI Subsidiary]**

and

 INDIVIDUALS

and

**[Turks & Caicos Entity]**

and

**[SA Business Conglomerate]**

and

OZ AFRICA INVESTMENTS (MD), LTD

and

OZ AFRICA INVESTMENTS (ME), LTD

and

OZ AFRICA INVESTMENTS (SI), LTD

and

OZ AFRICA MANAGEMENT GP, LLC

and

AFRICA MANAGEMENT LIMITED

RELATIONSHIP DEED

Linklaters LLP

One Silk Street
London EC2Y 8HQ

Telephone (44-20) 7456 2000
Facsimile (44-20) 7456 2222

Confidential Treatment Requested by Och-Ziff                                                      OZC26773099

TABLE OF CONTENTS OMITTED

This Deed is made on 26 October 2007 **between:**

(1) **[BVI Subsidiary]** a company incorporated in the British Virgin Islands with registration number ▮ whose registered office is at ▮;

(2) **[SA Business Associate 1]** of ▮ South Africa and having South Africa national identification number ▮;

(3) **[SA Business Associate 2]** of ▮ South Africa and having South Africa national identification number ▮

(4) **[SA Business Associate 3]** of ▮ Dubai and having South Africa national identification number ▮ (together, with **[SA Business Associate 1]** and **[SA Business Associate 2]** ▮;

(5) **[Turks & Caicos Entity]** a company incorporated in the Turks and Caicos Islands with registration number ▮ whose registered office is ▮ Turks and Caicos Islands ▮;

(6) **[SA Business Conglomerate]** a company incorporated in South Africa with registration number ▮ whose registered office is at ▮ South Africa ▮

(7) **OZ Africa Investments (MD), Ltd.**, an exempted company incorporated in the Cayman Islands with registration number ▮ whose registered office is at ▮ Cayman Islands ▮;

(8) **OZ Africa Investments (ME), Ltd.**, an exempted company incorporated in the Cayman Islands with registration number ▮ whose registered office is at ▮ Cayman Islands ▮;

(9) **OZ Africa Investments (SI), Ltd.**, an exempted company incorporated in the Cayman Islands with registration number ▮ whose registered office is at ▮ Cayman Islands ("**OZ Africa (SI)**" and, together with OZ Africa MD and OZ Africa ME, the "**OZ Africa Companies**");

(10) **OZ Africa Management GP, LLC**, a company incorporated in the State of Delaware whose address is at 9 West 57th Street, 13th Floor, New York, NY 10019, United States ("**OZ**");

(11) **Africa Management Limited**, a company incorporated in Guernsey with registration number 47651 whose registered office is at Ogier House, St Julian's Avenue, St Peter Port, Guernsey GY1 1WA, Guernsey (the "**Company**").

**Recitals:**

(A) The parties wish to establish a structure involving a Cayman Islands limited partnership (this is referred to in this Deed as the Partnership) and certain other related entities for the purpose of investing in, amongst other things, interests in the mining, minerals and energy sectors in Africa.

(B) It is intended that the Partnership will have [BVI Subsidiary] and each of the OZ Africa Companies as limited partners and the Company as its general partner.

**Confidential Treatment Requested by Och-Ziff**                                                                                       OZC26773103

(C) It is intended that OZ will own 40 per cent. of the shares in the Company and [BVI Subsidiary] will own 60 per cent. of the shares in the Company.

(D) [BVI Subsidiary] will transfer certain assets to the Partnership and the OZ Africa Companies will provide certain preferred capital commitments to the Partnership on and subject to the terms and conditions of this Deed.

(E) The OZ Africa Companies will also provide a payment to [BVI Subsidiary] on and subject to the terms and conditions of this Deed in return for a further interest in the Partnership.

(F) The only Clauses of this Deed providing obligations specific to the OZ Africa Companies are those set out in Clauses 5.2, 8.1, 9.2, 27.3, 30 and 36.3. A number of other Clauses provide obligations on all of the parties or a number of the parties to this Deed, including the OZ Africa Companies.

(G) This Deed is separated into Part I and Part II. Part I provides the basis for the establishment of the Partnership, the contribution of the assets and the provision of the capital commitments. Part II deals with the ongoing operations of the Company and certain matters related to the Partnership.



2

Confidential Treatment Requested by Och-Ziff

OZC26773104

REMAINDER OF DOCUMENT OMITTED