# EXHIBIT 9

African Global Capital II LP

2008 Form 1065 – US Return of Partnership Income

(For First Year Election purposes only)

Confidential Treatment Requested by Och-Ziff

OZC25541487

# AFRICAN GLOBAL CAPITAL II LP

## INSTRUCTIONS FOR FILING

FORM 1065

UNITED STATES RETURN OF PARTNERSHIP INCOME

FOR THE YEAR ENDED DECEMBER 31, 2008

### Review and Signature

This form is being filed solely to make first year accounting method elections for this foreign partnership.

The original returns should be signed and dated on Page 1.

The copies of the return to which this instruction sheet is attached is for your files.

### Payment of Tax

Payment Due: NONE

### Filing

The signed copies of the return should be filed **as soon as possible**, but no later than 15 April 2009.

The signed return should be filed at the following address:

Internal Revenue Service Center
P.O. Box 409101
Ogden, UT 84409
USA

Preferably, the return should be sent by registered or certified mail, with the sender's receipt postmarked to prove mailing before the due date. If sent by regular mail, sufficient time must be allowed for receipt by the due date.

Confidential Treatment Requested by Och-Ziff

FILED PURSUANT TO TREAS. REGS. SEC. 1.6031(a)-1(b)(5)

| Form **1065** Department of the Treasury Internal Revenue Service | **U.S. Return of Partnership Income** For calendar year 2008, or tax year beginning 05/08 , 2008, ending 12/31 , 2008 ► **See separate instructions.** | OMB No. 1545-0099 **2008** |

| A Principal business activity | Use the IRS label. Other- wise, print or type. | Name of partnership  AFRICAN GLOBAL CAPITAL II LP | D Employer identification number |
| **B** Principal product or service | | Number, street, and room or suite no. If a P.O. box, see the instructions.  C/O MAPLES CORPORATE SERVICES LIMITED, P.O. BOX 309 | E Date business started |
| **C** Business code number | | City or town, state, and ZIP code  UGLAND HOUSE, GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS | F Total assets (see the instructions)  $ |

**G** Check applicable boxes:   **(1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☐ Name change   **(4)** ☐ Address change   **(5)** ☐ Amended return
  **(6)** ☐ Technical termination - also check (1) or (2)

**H** Check accounting method:   **(1)** ☐ Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ► _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► _____

**J** Check if Schedule M-3 attached . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Caution.** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1a** Gross receipts or sales . . . . . . . . . . | **1a** | |
| | **b** Less returns and allowances . . . . . . . | **1b** | **1c** |
| | **2** Cost of goods sold (Schedule A, line 8) . . . . . . . . . | | **2** |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . | | **3** |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)* . . . | | **4** |
| | **5** Net farm profit (loss) *(attach Schedule F (Form 1040))* . . . . . . . | | **5** |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* . . . . . | | **6** |
| | **7** Other income (loss) *(attach statement)* . . . . . . . . . . | | **7** |
| | **8** **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . | | **8** |
| **Deductions (see the instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) . . . . . | | **9** |
| | **10** Guaranteed payments to partners . . . . . . . . . . . . | | **10** |
| | **11** Repairs and maintenance . . . . . . . . . . . . . . . | | **11** |
| | **12** Bad debts . . . . . . . . . . . . . . . . . . . | | **12** |
| | **13** Rent . . . . . . . . . . . . . . . . . . . . . | | **13** |
| | **14** Taxes and licenses . . . . . . . . . . . . . . . . | | **14** |
| | **15** Interest . . . . . . . . . . . . . . . . . . . . | | **15** |
| | **16a** Depreciation *(if required, attach Form 4562)* | **16a** | |
| | **b** Less depreciation reported on Schedule A and elsewhere on return | **16b** | **16c** |
| | **17** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . | | **17** |
| | **18** Retirement plans, etc. . . . . . . . . . . . . . . . | | **18** |
| | **19** Employee benefit programs . . . . . . . . . . . . . . | | **19** |
| | **20** Other deductions *(attach statement)* . . . . . . . . . . . | | **20** |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . | | **21** |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . | | **22** |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below (see instructions)?   ☐ Yes   ☐ No |
| | ► Signature of general partner or limited liability company member manager | Date | |

| Paid Preparer's Use Only | Preparer's signature ► *Natalia Mitzaeva* | Date  12 March '09 | Check if self-employed ► ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ► DELOITTE LLP  2 NEW STREET SQ, LONDON EC4A 3BZ, UK | | EIN ► | Phone no. +44 (0) 207 936 3000 |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**   Form **1065** (2008)

Confidential Treatment Requested by Och-Ziff   OZC25541489

FILED PURSUANT TO TREAS. REGS. SEC. 1.6031(a)-1(b)(5)

Form 1065 (2008)                                                                                                    Page **2**

## Schedule A    Cost of Goods Sold (see the instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . | **1** |
| 2 | Purchases less cost of items withdrawn for personal use . . . . . | **2** |
| 3 | Cost of labor . . . . . . . . . . . . . | **3** |
| 4 | Additional section 263A costs *(attach statement)* . . . . . | **4** |
| 5 | Other costs *(attach statement)* . . . . . . . . | **5** |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . | **6** |
| 7 | Inventory at end of year . . . . . . . . . | **7** |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 . . . . | **8** |

9a Check all methods used for valuing closing inventory:
  **(i)** ☐ Cost as described in Regulations section 1.471-3
  **(ii)** ☐ Lower of cost or market as described in Regulations section 1.471-4
  **(iii)** ☐ Other (specify method used and attach explanation) ▶ - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) . . ▶ ☐
  c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐
  d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? . . . ☐ Yes ☐ No
  e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . ☐ Yes ☐ No
     If "Yes," attach explanation.

## Schedule B    Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |

  a ☐ Domestic general partnership          b ☐ Domestic limited partnership
  c ☐ Domestic limited liability company    d ☐ Domestic limited liability partnership
  e ☐ Foreign partnership                   f ☐ Other ▶ - - - - - - - - - - - - - - -

2  At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? . . . . . . . . . . . . . . . . . .

3  At the end of the tax year:
  a Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), or trust own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

  b Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below

| (i) Name of Individual or Estate | (ii) Social Security Number or Employer Identification Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4  At the end of the tax year, did the partnership:
  a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Form **1065** (2008)

Confidential Treatment Requested by Och-Ziff

OZC25541490

FILED PURSUANT TO TREAS. REGS. SEC. 1.6031(a)-1(b)(5)

Form 1065 (2008)

Page **3**

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . | | | | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | | |
| **6** | Does the partnership satisfy **all four** of the following conditions? | | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . | | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . | | | |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | |
| **10** | At any time during calendar year 2008, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country.  ▶ | | | |
| **11** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . | | | |
| **12a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . See instructions for details regarding a section 754 election. | | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . | | | |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . | | | |
| **13** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (including a disregarded entity)  ▶ ☐ | | | |
| **14** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | | |
| **15** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions  ▶ | | | |
| **16** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.  ▶ | | | |
| **17** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return.  ▶ | | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP  ▶ _____

Identifying number of TMP  ▶ _____

Address of designated TMP  ▶ _____

Confidential Treatment Requested by Och-Ziff

OZC25541491

FILED PURSUANT TO TREAS. REGS. SEC. 1.6031(a)-1(b)(5)

Form 1065 (2008)       Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) . . . . . . . | 1 | |
| | 2 Net rental real estate income (loss) *(attach Form 8825)* . . . . | 2 | |
| | 3a Other gross rental income (loss) . . . . . . | 3a | |
| | b Expenses from other rental activities *(attach statement)* . . . | 3b | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments . . . . . . . . . . . | 4 | |
| | 5 Interest income . . . . . . . . . . . . | 5 | |
| | 6 Dividends: a Ordinary dividends . . . . . . . | 6a | |
| |      b Qualified dividends . . . . . | 6b | |
| | 7 Royalties . . . . . . . . . . . . . . | 7 | |
| | 8 Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* | 8 | |
| | 9a Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* | 9a | |
| | b Collectibles (28%) gain (loss) . . . . . . | 9b | |
| | c Unrecaptured section 1250 gain *(attach statement)* . . . | 9c | |
| | 10 Net section 1231 gain (loss) *(attach Form 4797)* . . . . | 10 | |
| | 11 Other income (loss) *(see instructions)* Type ▶ _____ | 11 | |
| **Deductions** | 12 Section 179 deduction *(attach Form 4562)* . . . . | 12 | |
| | 13a Contributions . . . . . . . . . . . . . | 13a | |
| | b Investment interest expense . . . . . . . . . | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶ _____ (2) Amount ▶ | 13c(2) | |
| | d Other deductions *(see instructions)* Type ▶ _____ | 13d | |
| **Self-Employ-ment** | 14a Net earnings (loss) from self-employment . . . . . | 14a | |
| | b Gross farming or fishing income . . . . . . . . | 14b | |
| | c Gross nonfarm income . . . . . . . . . . | 14c | |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) . . . . | 15a | |
| | b Low-income housing credit (other) . . . . . . . | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* . | 15c | |
| | d Other rental real estate credits *(see instructions)*    Type ▶ _____ | 15d | |
| | e Other rental credits *(see instructions)*    Type ▶ _____ | 15e | |
| | f Other credits *(see instructions)*    Type ▶ _____ | 15f | |
| **Foreign Transactions** | 16a Name of country or U.S. possession ▶ _____ | | |
| | b Gross income from all sources . . . . . . . . | 16b | |
| | c Gross income sourced at partner level . . . . . | 16c | |
| | *Foreign gross income sourced at partnership level* | | |
| | d Passive category ▶ _____   e General category ▶ _____   f Other ▶ | 16f | |
| | *Deductions allocated and apportioned at partner level* | | |
| | g Interest expense ▶ _____    h Other ▶ | 16h | |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | | |
| | i Passive category ▶ _____   j General category ▶ _____   k Other ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit *(attach statement)* | 16m | |
| | n Other foreign tax information *(attach statement)* | | |
| **Alternative Minimum Tax (AMT) Items** | 17a Post-1986 depreciation adjustment . . . . . . | 17a | |
| | b Adjusted gain or loss . . . . . . . . . . | 17b | |
| | c Depletion (other than oil and gas) . . . . . . | 17c | |
| | d Oil, gas, and geothermal properties—gross income . . | 17d | |
| | e Oil, gas, and geothermal properties—deductions . . | 17e | |
| | f Other AMT items *(attach statement)* | 17f | |
| **Other Information** | 18a Tax-exempt interest income . . . . . . . . | 18a | |
| | b Other tax-exempt income . . . . . . . . . | 18b | |
| | c Nondeductible expenses . . . . . . . . . | 18c | |
| | 19a Distributions of cash and marketable securities . . . | 19a | |
| | b Distributions of other property . . . . . . . | 19b | |
| | 20a Investment income . . . . . . . . . . . | 20a | |
| | b Investment expenses . . . . . . . . . . | 20b | |
| | c Other items and amounts *(attach statement)* | | |

Form **1065** (2008)

FILED PURSUANT TO TREAS. REGS. SEC. 1.6031(a)-1(b)(5)

Form 1065 (2008)                                                                                                      Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . | | | | **1** | |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | | | |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | | | |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | | | |
| 22 | Total liabilities and capital | | | | |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | a | Tax-exempt interest $ .................... | |
| 3 | Guaranteed payments (other than health insurance) | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | a | Depreciation $ .................... | |
| a | Depreciation $ .................... | | .................... | |
| b | Travel and entertainment $ .................... | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 | Balance at beginning of year | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | b Property | |
| | b Property | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | | .................... | |
| 4 | Other increases (itemize): .................... | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 9 | Balance at end of year. Subtract line 8 from line 5 | |

Confidential Treatment Requested by Och-Ziff                                                                                            OZC25541493

**African Global Capital II LP**

EIN: █████████

Supplement to Form 1065

## Statement Filed Pursuant to Treas. Regs. Sec. 1.6031(a)-1(b)(5)

The taxpayer is a foreign partnership not generally required to file a US Return of Partnership Income (Form 1065) under Treas. Regs. Sec. 1.6031(a)-1(b)(1). Pursuant to Treas. Regs. Sec. 1.6031(a)-1(b)(5), the taxpayer is filing Form 1065 solely for the purpose of making the partnership elections attached in the following statements.

Confidential Treatment Requested by Och-Ziff

**African Global Capital II LP**

EIN: █████████

Supplement to Form 1065

## I.R.C. SECTION 168(g)(7) ELECTION

Pursuant to I.R.C. Section 168(g)(7), the taxpayer hereby elects to use the alternative depreciation system in lieu of the regular statutory method for all property acquired in the tax period ended December 31, 2008.

Statement #2

Confidential Treatment Requested by Och-Ziff

OZC25541495

**African Global Capital II LP**                                    EIN: ▊

Supplement to Form 1065

## I.R.C. SECTION 195(b) ELECTION

Pursuant to I.R.C. Section 195(b), the taxpayer hereby elects to treat start-up expenditures as a deferred expense and to amortize such start-up expenditures ratably over a period of 180 months.

The taxpayer began operations on May 08, 2008.

Confidential Treatment Requested by Och-Ziff

**African Global Capital II LP**

EIN:

Supplement to Form 1065

## I.R.C. SECTION 461(c) ELECTION

Pursuant to I.R.C. Section 461(c), the taxpayer hereby elects to accrue real property taxes over the period of time to which they relate. The following information is submitted in accordance with Treas. Regs. Sec. 1.461-1(c)(3).

Confidential Treatment Requested by Och-Ziff

**African Global Capital II LP**                                          EIN: ▮▮▮▮▮▮▮▮

---

Supplement to Form 1065

---

## I.R.C. SECTION 461(h) ELECTION

Pursuant to Treas. Regs. Sec. 1.461-5(d), the taxpayer hereby elects to use the recurring item exception for all of the taxpayer's trades or businesses.

This election is made with respect to all items for which the recurring item exception is allowed.

Confidential Treatment Requested by Och-Ziff                                          OZC25541498

**African Global Capital II LP**                                          EIN:

Supplement to Form 1065

## I.R.C. SECTION 709(b) ELECTION

Pursuant to I.R.C. Section. 709(b), the taxpayer hereby elects to amortize all organizational
expenditures over a period of 180 months.

The taxpayer began operations on May 08, 2008.  The taxpayer incurred $          of
organizational expenditures during the tax year ended December 31, 2008.

Confidential Treatment Requested by Och-Ziff                                     OZC25541499

FOR NIL 1065 ELECTION PURPOSES ONLY

651108

□ Final K-1          □ Amended K-1          OMB No. 1545-0099

**Schedule K-1**
**(Form 1065)**                                    20**08**

Department of the Treasury
Internal Revenue Service

For calendar year 2008, or tax
year beginning 05/08 _____ , 2008
ending 12/31 _____ , 20 08

**Partner's Share of Income, Deductions,**
**Credits, etc.**       ► See back of form and separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

| **Part I** | **Information About the Partnership** |
|---|---|

**A**  Partnership's employer identification number

■

**B**  Partnership's name, address, city, state, and ZIP code

AFRICAN GLOBAL CAPITAL II LP

**C**  IRS Center where partnership filed return

**D**  □ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |
|---|---|

**E**  Partner's identifying number

N/A

**F**  Partner's name, address, city, state, and ZIP code

[UK Investor]

**G**  □ General partner or LLC member-manager     □ Limited partner or other LLC member

**H**  □ Domestic partner     □ Foreign partner

**I**  What type of entity is this partner? _____

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**K**  Partner's share of liabilities at year end:

Nonrecourse . . . . . . .$_____
Qualified nonrecourse financing . .$_____
Recourse . . . . . . . .$_____

**L**  Partner's capital account analysis:

Beginning capital account . . . .$_____
Capital contributed during the year .$_____
Current year increase (decrease) . .$_____
Withdrawals & distributions . . .$(_____)
Ending capital account . . . .$_____

□ Tax basis   □ GAAP   □ Section 704(b) book
□ Other (explain)

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.          Schedule K-1 (Form 1065) 2008

**Confidential Treatment Requested by Och-Ziff**                    OZC25541500

FOR NIL 1065 ELECTION PURPOSES ONLY

651108

☐ Final K-1   ☐ Amended K-1          OMB No. 1545-0099

**Schedule K-1**
**(Form 1065)**

20**08**

Department of the Treasury
Internal Revenue Service

For calendar year 2008, or tax
year beginning 05/08 _____ , 2008
ending 12/31 _____ , 20 08

**Partner's Share of Income, Deductions,
Credits, etc.**   ► See back of form and separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

**Part I   Information About the Partnership**

**A**  Partnership's employer identification number

[blacked out]

**B**  Partnership's name, address, city, state, and ZIP code
AFRICAN GLOBAL CAPITAL II LP

**C**  IRS Center where partnership filed return

**D**  ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E**  Partner's identifying number
N/A

**F**  Partner's name, address, city, state, and ZIP code
OZ PARTNER AGC II FEEDER LP

**G** ☐ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☐ Domestic partner   ☐ Foreign partner

**I**  What type of entity is this partner? _____

**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**K**  Partner's share of liabilities at year end:
Nonrecourse . . . . . . . $_____
Qualified nonrecourse financing . $_____
Recourse . . . . . . . . $_____

**L**  Partner's capital account analysis:
Beginning capital account . . . $_____
Capital contributed during the year . $_____
Current year increase (decrease) . $_____
Withdrawals & distributions . . $( _____ )
Ending capital account . . . $_____

☐ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2008

Confidential Treatment Requested by Och-Ziff

OZC25541501

FOR NIL 1065 ELECTION PURPOSES ONLY

651108

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**

2008

Department of the Treasury
Internal Revenue Service

For calendar year 2008, or tax
year beginning 05/08 , 2008
ending 12/31 , 20 08

**Partner's Share of Income, Deductions,**
**Credits, etc.**     ► See back of form and separate instructions.

**Part I   Information About the Partnership**

**A**  Partnership's employer identification number

**B**  Partnership's name, address, city, state, and ZIP code

AFRICAN GLOBAL CAPITAL II LP

**C**  IRS Center where partnership filed return

**D**  ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E**  Partner's identifying number

**F**  Partner's name, address, city, state, and ZIP code

AFRICAN GLOBAL CAPITAL GP II LP

**G**  ☐ General partner or LLC       ☐ Limited partner or other LLC
        member-manager                       member

**H**  ☐ Domestic partner             ☐ Foreign partner

**I**  What type of entity is this partner? _____

**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**K**  Partner's share of liabilities at year end:

Nonrecourse . . . . . . . . .$ _____
Qualified nonrecourse financing . .$ _____
Recourse . . . . . . . . . .$ _____

**L**  Partner's capital account analysis:

Beginning capital account . . . .$ _____
Capital contributed during the year .$ _____
Current year increase (decrease) . .$ _____
Withdrawals & distributions . . .$ (_____)
Ending capital account . . . .$ _____

☐ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**Part III   Partner's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

Confidential Treatment Requested by Och-Ziff     OZC25541502