# EXHIBIT 10

| | |
|---|---|
| From: | ▮▮▮@ntrs.com |
| Sent: | Friday, April 08, 2011 12:24:57 PM |
| To: | ▮▮▮ [SA Business Associate 3]; ▮▮▮ MICHAEL COHEN; ▮▮▮@ozcap.com; vanja.baros@ozcap.com; ▮▮▮@africanglobalcapital.com; |
| Cc: | [SA Business Associate 2] ▮▮▮@africanglobalcapital.com; ▮▮▮@ntrs.com; ▮▮▮@africanglobalcapital.com |
| Subject: | Africa Management Limited - Investment Recommendation |
| Attachments: | [London Mining Co.] Investment Recommendation.pdf |

Gentlemen,

Please see the attached Investment Recommendation circulated on behalf of the Advisory Committee of Africa Management Limited, in respect of the proposed acquisition by African Global Capital II, L.P. of an 8.2% interest in [London Holding Co.].

Kind regards

▮▮▮

***Please note: My new direct dial number is +44 ▮▮▮ ***



▮▮▮ | Second Vice President | Northern Trust | Private Equity Fund Administration
P.O.Box 381, 2-6 Church Street, St.Helier, Jersey, Channel Islands, JE4 9ZF | phone +44 ▮▮▮ | fax +44 ▮▮▮ | ▮▮▮@ntrs.com
Please visit northerntrust.com

CONFIDENTIALITY NOTICE: This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender ASAP and delete this message from your system.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. For more information about this notice, see
http://www.northerntrust.com/circular230

## ADVISORY COMMITTEE OF AFRICA MANAGEMENT LIMITED

## AFRICAN GLOBAL CAPITAL DIVESTMENT RECOMMENDATION

## [London Mining Co.] INVESTMENT

| | |
|---|---|
| **To:** | Board of Directors, African Global Capital GP II, Ltd. |
| | Board of Directors, ████████ |
| **CC:** | Investment Committee of African Global Capital GP II, L.P. |
| **From:** | [SA Business Associate 3] and Michael Cohen, as members of the Advisory Committee of Africa Management Ltd |
| **Date:** | 8 April 2011 |
| **Company name:** | [London Mining Co.] |
| **Transaction:** | The acquisition of an 8.2% interest in [London Mining Co.] |
| **AGC Investment Amount:** | USD77.0m |
| **Timing of Investment:** | April 2011 |

# INVESTMENT PROPOSAL – London Mining Co.

| Sector | Oil & Gas |
|---|---|
| Country | Tanzania, Gabon, Senegal, Equatorial Guinea and other Africa |
| Operating Company | [London Mining Co.] |
| Parent company | [London Mining Co.] |
| Opportunity | Acquisition of 8.2 % shareholding in [London Mining Co.] |
| Deal size | US$ 77.0m |

1. [London Mining Co.] Overview

    [London Mining Co.] is a private, United Kingdom incorporated independent oil and gas exploration company with a focus on Africa. [London Mining Co.]'s headquarter is in London, supported by operational offices in Perth (Australia), Malabo (Equatorial Guinea) and Dar es Salaam (Tanzania).

    Since its foundation in 2004, the Company has acquired an extensive portfolio of exploration interests consisting of 16 projects in eight jurisdictions in Africa. The Company also has options over three additional exploration interests.

2. 

Confidential Treatment Requested by Och-Ziff　　　　OZC25294137

PAGE OMITTED

4. **Transaction Summary**

[Turk & Caicos Entity] has recently completed the acquisition of 31.5m [London Mining] shares from [SA Business Conglo] a process which commenced in 2009 and was conditional on an approval by the South African Reserve Bank. The table below indicates the ownership of [London Mining Co.] following this transaction:

| Pre AGC II Transaction | | %age holding | |
|---|---|---|---|
| Shareholder | Shares | Basic | FD |
|  | 47,421,790 | 21.0% | 19.9% |
| [Turks & Caicos Entity] | 31,500,000 | 14.0% | 13.2% |
|  | 30,594,224 | 13.6% | 12.8% |
| OZ Funds | 29,344,603 | 13.0% | 12.3% |
| [SA Business Conglomerate] | 8,500,000 | 3.8% | 3.6% |
| AGC I | 6,391,120 | 2.8% | 2.7% |
| Other | 71,593,791 | 31.8% | 30.0% |
| **Shares in Issue** | **225,345,528** | **100.0%** | |
| Options | 13,254,926 | | 5.6% |
| **Fully diluted** | **238,600,454** | | **100.0%** |



3

REMAINDER OF DOCUMENT OMITTED