# EXHIBIT 12

| | |
|---|---|
| From: | ▆▆▆▆@ntrs.com |
| Sent: | Thursday, December 16, 2010 06:15:54 PM |
| To: | ▆▆▆▆; ▆▆▆▆ [SA Business Associate 3]@africanglobalcapital.com; ▆▆▆▆ MICHAEL COHEN; ▆▆▆▆@ozcap.com; vanja.baros@ozcap.com; ▆▆▆▆@africanglobalcapital.com; |
| Cc: | [SA Business Associate 2]@africanglobalcapital.com; ▆▆▆▆@africanglobalcapital.com; ▆▆▆▆@ntrs.com; ▆▆▆▆@ntrs.com; ▆▆▆▆@africanglobalcapital.com |
| Subject: | Africa Management Limited - Investment Recommendation |
| Attachments: | Investment Recommendation [London Holding Co] 2010 12 16.pdf |

Gentlemen,

Please see the attached Investment Recommendation circulated on behalf of the Advisory Committee of Africa Management Limited, in respect of the proposed investment in [London Holding Co.] (via AGC Holdings, Ltd.) by African Global Capital II, L.P.

***Please note: My new direct dial number is +44 ▆▆▆▆ ***



▆▆▆▆ | Second Vice President | Northern Trust | Private Equity Fund Administration
P.O. Box 381, 2-6 Church Street, St Helier, Jersey, Channel Islands, JE4 9ZF | phone +44 ▆▆▆▆ | fax +44 ▆▆▆▆  ▆▆▆▆@ntrs.com
Please visit northerntrust.com

CONFIDENTIALITY NOTICE: This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender ASAP and delete this message from your system.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. For more information about this notice, see http://www.northerntrust.com/circular230

# ADVISORY COMMITTEE OF AFRICA MANAGEMENT LIMITED

## AFRICAN GLOBAL CAPITAL INVESTMENT RECOMMENDATION

### LONDON HOLDING CO.

| | |
|---|---|
| To: | Board of Directors, African Global Capital GP II, Ltd. |
| CC: | Investment Committee of African Global Capital GP II, L.P.<br>Board of Directors, AGC Holdings, Ltd. |
| From: | [SA Business Associate 3] and Michael Cohen, as members of the Advisory Committee of Africa Management Ltd |
| Date: | 16 December 2010 |

Confidential Treatment Requested by Och-Ziff                                                                                                   OZC25277719

# INVESTMENT RECOMMENDATION- [London Holding Co.]

| | |
|---|---|
| Sector | Mining: Iron Ore, Coking Coal |
| Country | Republic of the Congo ("Congo Brazzaville"), Mozambique |
| Operating Company | |
| Parent company | [London Holding Co.] |
| Opportunity | Acquisition of 8.0% shareholding in Strata |
| Deal size | Investment: US$ 19.7 m |

**1. [London Holding Co.] Overview**

[London Holding Co.] is a private investment company founded in 2006 by a group of former ▮ bankers focused on the metals and mining sector, with support from some of the leading industry executives. Since its establishment, [London Holding] made two major acquisitions: ▮ ("▮"; Bloomberg ticker ▮), a coking coal developer with exploration assets in Mozambique, and ▮; Bloomberg ticker ▮, whose main interest is in the ▮ iron ore development project in Congo Brazzaville. Both ▮ and ▮ were listed on the London AIM market in 2010 (10th June and 18th November respectively) and currently have market capitalizations of US$284m and US$863m.

▮ have offered its [London Holding] shares to AGC at the valuation of US$▮ plus one-off adjustment for 50% of the upside on the ▮ IPO market capitalisation above US$500m. Another founding shareholder is prepared to sell part of his holdings on the same terms to facilitate AGC investing approximately US$20m in [London Holding Co]. Below is the holding structure at the IPO of ▮.



| Share capital | Shares | % | Shares for sale | Shares | % |
|---|---|---|---|---|---|
| Shares in issue | 40,555 | 81.0% | ▮ | 2,100 | 4.2% |
| Management trust shares | 6,083 | 12.2% | [Entity Affiliated with Agent 1] | 1,900 | 3.8% |
| Convertible bond | 3,422 | 6.8% | Total AGC | 4,000 | 8.0% |
| Fully diluted | 50,061 | 100.0% | | | |



1

REMAINDER OF DOCUMENT OMITTED