# EXHIBIT 17

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 2 of 40 PageID #: 881

# FORM ADV

## UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION AND REPORT BY EXEMPT REPORTING ADVISERS

**Primary Business Name: OZ MANAGEMENT LP**          **CRD Number: 107913**

**Other-Than-Annual Amendment - All Sections**          **Rev. 11/2011**

**8/16/2012 3:54:22 PM**

---

**WARNING:** Complete this form truthfully. False statements or omissions may result in denial of your application, revocation of your registration, or criminal prosecution. You must keep this form updated by filing periodic amendments. See Form ADV General Instruction 4.

---

**Item 1 Identifying Information**

Responses to this Item tell us who you are, where you are doing business, and how we can contact you.

A.  Your full legal name (if you are a sole proprietor, your last, first, and middle names):
    **OZ MANAGEMENT LP**

B.  Name under which you primarily conduct your advisory business, if different from Item 1.A.:
    **OZ MANAGEMENT LP**

    *List on Section 1.B. of Schedule D any additional names under which you conduct your advisory business.*

C.  If this filing is reporting a change in your legal name (Item 1.A.) or primary business name (Item 1.B.), enter the new name and specify whether the name change is of
    ☐ your legal name or ☐ your primary business name:

D.  (1) If you are registered with the SEC as an investment adviser, your SEC file number: **801-56729**

    (2) If you report to the SEC as an *exempt reporting adviser*, your SEC file number:

E.  If you have a number ("*CRD Number*") assigned by the *FINRA's CRD* system or by the IARD system, your *CRD* number: **107913**

    *If your firm does not have a CRD number, skip this Item 1.E. Do not provide the CRD number of one of your officers, employees, or affiliates.*

F.  *Principal Office and Place of Business*
    (1) Address (do not use a P.O. Box):

| Number and Street 1: | | Number and Street 2: | |
|---|---|---|---|
| 9 WEST 57TH STREET | | 39TH FLOOR | |
| City: | State: | Country: | ZIP+4/Postal Code: |
| NEW YORK | New York | UNITED STATES | 10019 |

    If this address is a private residence, check this box: ☐

---

Confidential Treatment Requested by Och-Ziff                                              OZC26299340

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 3 of 40 PageID #: 882

*List on Section 1.F. of Schedule D any office, other than your principal office and place of business, at which you conduct investment advisory business. If you are applying for registration, or are registered, with one or more state securities authorities, you must list all of your offices in the state or states to which you are applying for registration or with whom you are registered. If you are applying for SEC registration, if you are registered only with the SEC, or if you are reporting to the SEC as an exempt reporting adviser, list the largest five offices in terms of numbers of employees.*

(2) Days of week that you normally conduct business at your *principal office and place of business:*

◉ Monday - Friday  ○ Other:
Normal business hours at this location:
9:00 AM TO 5:00 PM

(3) Telephone number at this location:
212-790-0000

(4) Facsimile number at this location:
212-719-7402

G.  Mailing address, if different from your *principal office and place of business* address:

Number and Street 1:                     Number and Street 2:
City:          State:                     Country:          ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

H.  If you are a sole proprietor, state your full residence address, if different from your *principal office and place of business* address in Item 1.F.:

Number and Street 1:                     Number and Street 2:
City:          State:                     Country:          ZIP+4/Postal Code:

                                                                    **Yes  No**

I.  Do you have one or more websites?                                ◉    ○

*If "yes," list all website addresses on Section 1.I. of Schedule D. If a website address serves as a portal through which to access other information you have published on the web, you may list the portal without listing addresses for all of the other information. Some advisers may need to list more than one portal address. Do not provide individual electronic mail (e-mail) addresses in response to this Item.*

J.  Provide the name and contact information of your Chief Compliance Officer: If you are an *exempt reporting adviser*, you must provide the contact information for your Chief Compliance Officer, if you have one. If not, you must complete Item 1.K. below.

Name:                                    Other titles, if any:
JEFFREY C. BLOCKINGER                    CHIEF LEGAL OFFICER
Telephone number:                        Facsimile number:
212-719-7302                             212-719-7402
Number and Street 1:                     Number and Street 2:
9 WEST 57TH STREET                       13TH FLOOR
City:          State:                     Country:          ZIP+4/Postal Code:
NEW YORK       New York                   UNITED STATES      10019

Confidential Treatment Requested by Och-Ziff                              OZC26299341

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 4 of 40 PageID #: 883

Electronic mail (e-mail) address, if Chief Compliance Officer has one:
JEFFREY.BLOCKINGER@OZCAP.COM

K. Additional Regulatory Contact Person: If a person other than the Chief Compliance Officer is authorized to receive information and respond to questions about this Form ADV, you may provide that information here.

Name:                                      Titles:
JOYCE A. MUMMA                             SENIOR COMPLIANCE OFFICER
Telephone number:                          Facsimile number:
646-562-4565                               646-562-4665
Number and Street 1:                       Number and Street 2:
9 WEST 57TH STREET                         13TH FLOOR
City:              State:                   Country:                    ZIP+4/Postal Code:
NEW YORK           New York                UNITED STATES                10019

Electronic mail (e-mail) address, if contact person has one:
JOYCE.MUMMA@OZCAP.COM

|                                                                                                           | Yes | No |
|-----------------------------------------------------------------------------------------------------------|-----|----|
| L. Do you maintain some or all of the books and records you are required to keep under Section 204 of the Advisers Act, or similar state law, somewhere other than your *principal office and place of business*? | ● | ○ |

*If "yes," complete Section 1.L. of Schedule D.*

|                                                                                                           | Yes | No |
|-----------------------------------------------------------------------------------------------------------|-----|----|
| M. Are you registered with a *foreign financial regulatory authority*? | ○ | ● |

*Answer "no" if you are not registered with a foreign financial regulatory authority, even if you have an affiliate that is registered with a foreign financial regulatory authority. If "yes," complete Section 1.M. of Schedule D.*

|                                                                                                           | Yes | No |
|-----------------------------------------------------------------------------------------------------------|-----|----|
| N. Are you a public reporting company under Sections 12 or 15(d) of the Securities Exchange Act of 1934? | ○ | ● |

If "yes," provide your CIK number (Central Index Key number that the SEC assigns to each public reporting company):

|                                                                                                           | Yes | No |
|-----------------------------------------------------------------------------------------------------------|-----|----|
| O. Did you have $1 billion or more in assets on the last day of your most recent fiscal year? | ○ | ● |

P. Provide your *Legal Entity Identifier* if you have one:

A *legal entity identifier* is a unique number that companies use to identify each other in the financial marketplace. In the first half of 2011, the *legal entity identifier* standard was still in development. You may not have a *legal entity identifier*.

Confidential Treatment Requested by Och-Ziff                                    OZC26299342

PAGES 4-26 OMITTED

Case 1:17-cv-00430-NGG-LB    Document 48-17    Filed 08/18/17    Page 6 of 40 PageID #: 885

*You must complete* Section 7.A. of Schedule D *for each related person acting as qualified custodian in connection with advisory services you provide to your clients (other than any mutual fund transfer agent pursuant to rule 206(4)-2(b)(1)), regardless of whether you have determined the related person to be operationally independent under rule 206(4)-2 of the Advisers Act.*

**Yes    No**

B.    Are you an adviser to any *private fund*?                                 ⦿      ○

*If "yes," then for each private fund that you advise, you must complete a* Section 7.B.(1) of Schedule D, *except in certain circumstances described in the next sentence and in Instruction 6 of the* Instructions to Part 1A. *If another adviser reports this information with respect to any such private fund in Section 7.B.(1) of Schedule D of its Form ADV (e.g., if you are a subadviser), do not complete Section 7.B.(1) of Schedule D with respect to that private fund. You must, instead, complete* Section 7.B.(2) of Schedule D.

*In either case, if you seek to preserve the anonymity of a private fund client by maintaining its identity in your books and records in numerical or alphabetical code, or similar designation, pursuant to rule 204-2(d), you may identify the private fund in Section 7.B.(1) or 7.B.(2) of Schedule D using the same code or designation in place of the fund's name.*

---

**SECTION 7.A. Financial Industry Affiliations**

Complete a separate Schedule D Section 7.A. for each *related person* listed in Item 7.A.

1.    Legal Name of *Related Person*:
      OCH-ZIFF REAL ESTATE ADVISORS LP

2.    Primary Business Name of *Related Person*:
      OCH-ZIFF REAL ESTATE ADVISORS LP

3.    *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
      801 - 63176
      or
      Other

4.    *Related Person's CRD* Number (if any):
      129921

5.    *Related Person* is: (check all that apply)
      (a)    ☐    broker-dealer, municipal securities dealer, or government securities broker or dealer
      (b)    ☑    other investment adviser (including financial planners)
      (c)    ☐    registered municipal advisor
      (d)    ☐    registered security-based swap dealer
      (e)    ☐    major security-based swap participant

Confidential Treatment Requested by Och-Ziff                                                    OZC26299366

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 7 of 40 PageID #: 886

(f) ☐ commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

(g) ☐ futures commission merchant

(h) ☐ banking or thrift institution

(i) ☐ trust company

(j) ☐ accountant or accounting firm

(k) ☐ lawyer or law firm

(l) ☐ insurance company or agency

(m) ☐ pension consultant

(n) ☐ real estate broker or dealer

(o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☐ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ◉ | ○ |
| 7. | Are you and the *related person* under common *control*? | ○ | ◉ |
| 8. (a) | Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ◉ |
| (b) | If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ○ |

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:                    Number and Street 2:
City:          State:          Country:          ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | Yes | No |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ◉ |
| (b) | If the answer is yes, under what exemption?  RELYING ADVISOR ON 801-56729 | | |
| 10. (a) | Is the *related person* registered with a *foreign financial regulatory authority* ? | ○ | ◉ |
| (b) | If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered. | | |
| | No Information Filed | | |
| 11. | Do you and the *related person* share any *supervised persons*? | ◉ | ○ |

Confidential Treatment Requested by Och-Ziff                                                                 OZC26299367

Case 1:17-cv-00430-NGG-LB     Document 48-17     Filed 08/18/17     Page 8 of 40 PageID #: 887

12. Do you and the *related person* share the same physical location?      ◉  ○

---

1.  Legal Name of *Related Person*:
    OZ MANAGEMENT II LP

2.  Primary Business Name of *Related Person*:
    OZ MANAGEMENT II LP

3.  *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
    801 - 70072
    or
    Other

4.  *Related Person's CRD* Number (if any):
    150027

5.  *Related Person* is: (check all that apply)

    (a)  ☐  broker-dealer, municipal securities dealer, or government securities broker or dealer
    (b)  ☒  other investment adviser (including financial planners)
    (c)  ☐  registered municipal advisor
    (d)  ☐  registered security-based swap dealer
    (e)  ☐  major security-based swap participant
    (f)  ☒  commodity pool operator or commodity trading advisor (whether registered or exempt from registration)
    (g)  ☐  futures commission merchant
    (h)  ☐  banking or thrift institution
    (i)  ☐  trust company
    (j)  ☐  accountant or accounting firm
    (k)  ☐  lawyer or law firm
    (l)  ☐  insurance company or agency
    (m)  ☐  pension consultant
    (n)  ☐  real estate broker or dealer
    (o)  ☐  sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles
    (p)  ☐  sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

                                                                        **Yes No**
6.  Do you *control* or are you *controlled* by the *related person*?      ◉  ○

Confidential Treatment Requested by Och-Ziff                                    OZC26299368

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 9 of 40 PageID #: 888

7.   Are you and the *related person* under common *control*?                          ○ ◉

8.   (a)   Does the *related person* act as a qualified custodian for your *clients* in connection with   ○ ◉
           advisory services you provide to *clients*?

     (b)   If you are registering or registered with the SEC and you have answered "yes," to   ○ ○
           question 8(a) above, have you overcome the presumption that you are not
           operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person*
           and thus are not required to obtain a surprise examination for your *clients*' funds or
           securities that are maintained at the *related person*?

     (c)   If you have answered "yes" to question 8.(a) above, provide the location of the *related
           person's* office responsible for *custody* of your *clients*' assets:
           Number and Street 1:                    Number and Street 2:
           City:             State:                 Country:           ZIP+4/Postal Code:

           If this address is a private residence, check this box: ☐

                                                                                     **Yes  No**
9.   (a)   If the *related person* is an investment adviser, is it exempt from registration?   ○ ◉
     (b)   If the answer is yes, under what exemption?
           RELYING ADVISOR ON 801-56729

10.  (a)   Is the *related person* registered with a *foreign financial regulatory authority*?   ○ ◉
     (b)   If the answer is yes, list the name and country, in English, of each *foreign financial regulatory*
           *authority* with which the *related person* is registered.
                               No Information Filed
11.  Do you and the *related person* share any *supervised persons*?   ◉ ○

12.  Do you and the *related person* share the same physical location?   ◉ ○

---

1.   Legal Name of *Related Person*:
     OCH-ZIFF REAL ESTATE CAPITAL LP

2.   Primary Business Name of *Related Person*:
     OCH-ZIFF REAL ESTATE CAPITAL LP

3.   *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
     -
     or
     Other

4.   *Related Person's* CRD Number (if any):

5.   *Related Person* is: (check all that apply)
     (a)   ☐      broker-dealer, municipal securities dealer, or government securities broker or dealer

Confidential Treatment Requested by Och-Ziff                                          OZC26299369

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 10 of 40 PageID #: 889

(b) ☐ other investment adviser (including financial planners)

(c) ☐ registered municipal advisor

(d) ☐ registered security-based swap dealer

(e) ☐ major security-based swap participant

(f) ☐ commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

(g) ☐ futures commission merchant

(h) ☐ banking or thrift institution

(i) ☐ trust company

(j) ☐ accountant or accounting firm

(k) ☐ lawyer or law firm

(l) ☐ insurance company or agency

(m) ☐ pension consultant

(n) ☐ real estate broker or dealer

(o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | **Yes** | **No** |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ◉ | ○ |
| 7. | Are you and the *related person* under common *control*? | ○ | ◉ |
| 8. (a) | Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ◉ |
| (b) | If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ○ |

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:                    Number and Street 2:

City:                State:                Country:            ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | **Yes** | **No** |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ◉ |
| (b) | If the answer is yes, under what exemption? | | |
| 10. (a) | Is the *related person* registered with a *foreign financial regulatory authority* ? | ○ | ◉ |

Confidential Treatment Requested by Och-Ziff                    OZC26299370

Case 1:17-cv-00430-NGG-LB　　Document 48-17　　Filed 08/18/17　　Page 11 of 40 PageID #: 890

(b)　If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.

No Information Filed

11. Do you and the *related person* share any *supervised persons*?　　　　　⊙　○

12. Do you and the *related person* share the same physical location?　　　　　⊙　○

---

1.　Legal Name of *Related Person*:
　　OCH-ZIFF REAL ESTATE CAPITAL II, LP

2.　Primary Business Name of *Related Person*:
　　OCH-ZIFF REAL ESTATE CAPITAL II, LP

3.　*Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
　　-
　　or
　　Other

4.　*Related Person's CRD* Number (if any):

5.　*Related Person* is: (check all that apply)

(a)　☐　broker-dealer, municipal securities dealer, or government securities broker or dealer

(b)　☐　other investment adviser (including financial planners)

(c)　☐　registered municipal advisor

(d)　☐　registered security-based swap dealer

(e)　☐　major security-based swap participant

(f)　☐　commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

(g)　☐　futures commission merchant

(h)　☐　banking or thrift institution

(i)　☐　trust company

(j)　☐　accountant or accounting firm

(k)　☐　lawyer or law firm

(l)　☐　insurance company or agency

(m)　☐　pension consultant

(n)　☐　real estate broker or dealer

(o)　☐　sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

Confidential Treatment Requested by Och-Ziff　　　　　　　　　　　　　　　　OZC26299371

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 12 of 40 PageID #: 891

(p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|

6. Do you *control* or are you *controlled* by the *related person*?  ◉ ○

7. Are you and the *related person* under common *control*?  ○ ◉

8. (a) Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*?  ○ ◉

(b) If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*?  ○ ○

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:              Number and Street 2:
City:          State:              Country:          ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | Yes | No |
|---|---|---|---|

9. (a) If the *related person* is an investment adviser, is it exempt from registration?  ○ ○

(b) If the answer is yes, under what exemption?

10. (a) Is the *related person* registered with a *foreign financial regulatory authority*?  ○ ◉

(b) If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.

No Information Filed

11. Do you and the *related person* share any *supervised persons*?  ◉ ○

12. Do you and the *related person* share the same physical location?  ◉ ○

---

1. Legal Name of *Related Person*:
OZ ADMINISTRATIVE GP, LLC

2. Primary Business Name of *Related Person*:
OZ ADMINISTRATIVE GP, LLC

3. *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
-
or
Other

Confidential Treatment Requested by Och-Ziff                                    OZC26299372

Case 1:17-cv-00430-NGG-LB  Document 48-17  Filed 08/18/17  Page 13 of 40 PageID #: 892

4. *Related Person's CRD* Number (if any):

5. *Related Person* is: (check all that apply)

(a) ☐ broker-dealer, municipal securities dealer, or government securities broker or dealer

(b) ☐ other investment adviser (including financial planners)

(c) ☐ registered municipal advisor

(d) ☐ registered security-based swap dealer

(e) ☐ major security-based swap participant

(f) ☐ commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

(g) ☐ futures commission merchant

(h) ☐ banking or thrift institution

(i) ☐ trust company

(j) ☐ accountant or accounting firm

(k) ☐ lawyer or law firm

(l) ☐ insurance company or agency

(m) ☐ pension consultant

(n) ☐ real estate broker or dealer

(o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  | Yes | No |
|---|---|---|
| 6. Do you *control* or are you *controlled* by the *related person*? | ○ | ● |
| 7. Are you and the *related person* under common *control*? | ● | ○ |
| 8. (a) Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ● |
| (b) If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ○ |

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:   Number and Street 2:

City:   State:   Country:   ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

Yes No

Confidential Treatment Requested by Och-Ziff                                                OZC26299373

9.  (a)  If the *related person* is an investment adviser, is it exempt from registration?    ○  ○

    (b)  If the answer is yes, under what exemption?

10. (a)  Is the *related person* registered with a *foreign financial regulatory authority* ?    ○  ●

    (b)  If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.

    No Information Filed

11. Do you and the *related person* share any *supervised persons*?    ●  ○

12. Do you and the *related person* share the same physical location?    ●  ○

---

1.  Legal Name of *Related Person*:
    OZ STRUCTURED PRODUCTS FUND GP, LP

2.  Primary Business Name of *Related Person*:
    OZ STRUCTURED PRODUCTS FUND GP, LP

3.  *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
    -
    or
    Other

4.  *Related Person's* CRD Number (if any):

5.  *Related Person* is: (check all that apply)
    (a)  ☐  broker-dealer, municipal securities dealer, or government securities broker or dealer
    (b)  ☐  other investment adviser (including financial planners)
    (c)  ☐  registered municipal advisor
    (d)  ☐  registered security-based swap dealer
    (e)  ☐  major security-based swap participant
    (f)  ☐  commodity pool operator or commodity trading advisor (whether registered or exempt from registration)
    (g)  ☐  futures commission merchant
    (h)  ☐  banking or thrift institution
    (i)  ☐  trust company
    (j)  ☐  accountant or accounting firm
    (k)  ☐  lawyer or law firm
    (l)  ☐  insurance company or agency

Confidential Treatment Requested by Och-Ziff                                    OZC26299374

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 15 of 40 PageID #: 894

(m) ☐    pension consultant

(n) ☐    real estate broker or dealer

(o) ☐    sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑    sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ○ | ● |
| 7. | Are you and the *related person* under common *control*? | ● | ○ |

8. (a) Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*?    ○ ●

(b) If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*?    ○ ○

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets.

Number and Street 1:      Number and Street 2:

City:     State:     Country:     ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | Yes | No |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ○ |
| (b) | If the answer is yes, under what exemption? | | |
| 10. (a) | Is the *related person* registered with a *foreign financial regulatory authority* ? | ○ | ● |

(b) If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.

No Information Filed

| 11. | Do you and the *related person* share any *supervised persons*? | ● | ○ |
|---|---|---|---|
| 12. | Do you and the *related person* share the same physical location? | ● | ○ |

1. Legal Name of *Related Person*:
OZ STRUCTURED PRODUCTS FUND II GP, LP

2. Primary Business Name of *Related Person*:
OZ STRUCTURED PRODUCTS FUND II GP, LP

Confidential Treatment Requested by Och-Ziff      OZC26299375

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 16 of 40 PageID #: 895

3. *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)

- 

or

Other

4. *Related Person's CRD* Number (if any):

5. *Related Person* is: (check all that apply)

(a) ☐ broker-dealer, municipal securities dealer, or government securities broker or dealer

(b) ☐ other investment adviser (including financial planners)

(c) ☐ registered municipal advisor

(d) ☐ registered security-based swap dealer

(e) ☐ major security-based swap participant

(f) ☐ commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

(g) ☐ futures commission merchant

(h) ☐ banking or thrift institution

(i) ☐ trust company

(j) ☐ accountant or accounting firm

(k) ☐ lawyer or law firm

(l) ☐ insurance company or agency

(m) ☐ pension consultant

(n) ☐ real estate broker or dealer

(o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  | Yes | No |
|---|---|---|
| 6. Do you *control* or are you *controlled* by the *related person*? | ○ | ⦿ |
| 7. Are you and the *related person* under common *control*? | ⦿ | ○ |
| 8. (a) Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ⦿ |
| (b) If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ○ |

Confidential Treatment Requested by Och-Ziff                                    OZC26299376

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 17 of 40 PageID #: 896

(c)   If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients*' assets:

Number and Street 1:            Number and Street 2:
City:          State:            Country:          ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

                                                                    **Yes No**

9.  (a)   If the *related person* is an investment adviser, is it exempt from registration?   ○   ○

    (b)   If the answer is yes, under what exemption?

10. (a)   Is the *related person* registered with a *foreign financial regulatory authority* ?   ○   ◉

    (b)   If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.
                              No Information Filed

11. Do you and the *related person* share any *supervised persons*?   ◉   ○

12. Do you and the *related person* share the same physical location?   ◉   ○

---

1.  Legal Name of *Related Person*:
    OZ STRUCTURED PRODUCTS OVERSEAS FUND II GP, LP

2.  Primary Business Name of *Related Person*:
    OZ STRUCTURED PRODUCTS OVERSEAS FUND II GP, LP

3.  *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
    -
    or
    Other

4.  *Related Person's* CRD Number (if any):

5.  *Related Person* is: (check all that apply)
    (a)  ☐   broker-dealer, municipal securities dealer, or government securities broker or dealer
    (b)  ☐   other investment adviser (including financial planners)
    (c)  ☐   registered municipal advisor
    (d)  ☐   registered security-based swap dealer
    (e)  ☐   major security-based swap participant
    (f)  ☐   commodity pool operator or commodity trading advisor (whether registered or exempt from registration)
    (g)  ☐   futures commission merchant
    (h)  ☐   banking or thrift institution

Confidential Treatment Requested by Och-Ziff                                    OZC26299377

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 18 of 40 PageID #: 897

(i) ☐ trust company

(j) ☐ accountant or accounting firm

(k) ☐ lawyer or law firm

(l) ☐ insurance company or agency

(m) ☐ pension consultant

(n) ☐ real estate broker or dealer

(o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ○ | ◉ |
| 7. | Are you and the *related person* under common *control*? | ◉ | ○ |
| 8. (a) | Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ◉ |
| (b) | If you are registering or registered with the SEC and you have answered "yes," to question 8.(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ○ |

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:          Number and Street 2:
City:          State:          Country:          ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | Yes | No |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ○ |
| (b) | If the answer is yes, under what exemption? | | |
| 10. (a) | Is the *related person* registered with a *foreign financial regulatory authority* ? | ○ | ◉ |
| (b) | If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered. | | |

                              No Information Filed

|  |  | Yes | No |
|---|---|---|---|
| 11. | Do you and the *related person* share any *supervised persons*? | ◉ | ○ |
| 12. | Do you and the *related person* share the same physical location? | ◉ | ○ |

1. Legal Name of *Related Person*:
   OZ STRUCTURED PRODUCTS OVERSEAS FUND GP, LP

Confidential Treatment Requested by Och-Ziff                                        OZC26299378

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 19 of 40 PageID #: 898

2.  Primary Business Name of *Related Person*:
    OZ STRUCTURED PRODUCTS OVERSEAS FUND GP, LP

3.  *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
    -
    or
    Other

4.  *Related Person's CRD* Number (if any):

5.  *Related Person* is: (check all that apply)
    (a)  ☐  broker-dealer, municipal securities dealer, or government securities broker or dealer
    (b)  ☐  other investment adviser (including financial planners)
    (c)  ☐  registered municipal advisor
    (d)  ☐  registered security-based swap dealer
    (e)  ☐  major security-based swap participant
    (f)  ☐  commodity pool operator or commodity trading advisor (whether registered or exempt from registration)
    (g)  ☐  futures commission merchant
    (h)  ☐  banking or thrift institution
    (i)  ☐  trust company
    (j)  ☐  accountant or accounting firm
    (k)  ☐  lawyer or law firm
    (l)  ☐  insurance company or agency
    (m)  ☐  pension consultant
    (n)  ☐  real estate broker or dealer
    (o)  ☐  sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles
    (p)  ☑  sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ○ | ◉ |
| 7. | Are you and the *related person* under common *control*? | ◉ | ○ |
| 8. | (a) Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ◉ |
|  | (b) If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not | ○ | ○ |

Confidential Treatment Requested by Och-Ziff                                    OZC26299379

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 20 of 40 PageID #: 899

operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*?

(c)   If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:                    Number and Street 2:
City:          State:                    Country:          ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | Yes | No |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ○ |
| (b) | If the answer is yes, under what exemption? | | |
| 10. (a) | Is the *related person* registered with a *foreign financial regulatory authority*? | ○ | ⦿ |

(b)   If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.

No Information Filed

|  | Yes | No |
|---|---|---|
| 11. Do you and the *related person* share any *supervised persons*? | ⦿ | ○ |
| 12. Do you and the *related person* share the same physical location? | ⦿ | ○ |

---

1.   Legal Name of *Related Person*:
OZ CREDIT OPPORTUNITIES OVERSEAS FUND GP, LP

2.   Primary Business Name of *Related Person*:
OZ CREDIT OPPORTUNITIES OVERSEAS FUND GP, LP

3.   *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
-
or
Other

4.   *Related Person's CRD* Number (if any):

5.   *Related Person* is: (check all that apply)

(a)   ☐   broker-dealer, municipal securities dealer, or government securities broker or dealer

(b)   ☐   other investment adviser (including financial planners)

(c)   ☐   registered municipal advisor

(d)   ☐   registered security-based swap dealer

(e)   ☐   major security-based swap participant

(f)   ☐   commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

Confidential Treatment Requested by Och-Ziff                              OZC26299380

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 21 of 40 PageID #: 900

(g) ☐ futures commission merchant

(h) ☐ banking or thrift institution

(i) ☐ trust company

(j) ☐ accountant or accounting firm

(k) ☐ lawyer or law firm

(l) ☐ insurance company or agency

(m) ☐ pension consultant

(n) ☐ real estate broker or dealer

(o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

| | | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ○ | ◉ |
| 7. | Are you and the *related person* under common *control*? | ◉ | ○ |
| 8. (a) | Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ◉ |
| (b) | If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ○ |

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

    Number and Street 1:      Number and Street 2:

    City:      State:      Country:      ZIP+4/Postal Code:

    If this address is a private residence, check this box: ☐

| | | Yes | No |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ○ |
| (b) | If the answer is yes, under what exemption? | | |
| 10. (a) | Is the *related person* registered with a *foreign financial regulatory authority*? | ○ | ◉ |
| (b) | If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered. | | |

No Information Filed

| | | Yes | No |
|---|---|---|---|
| 11. | Do you and the *related person* share any *supervised persons*? | ◉ | ○ |
| 12. | Do you and the *related person* share the same physical location? | ◉ | ○ |

Confidential Treatment Requested by Och-Ziff                                    OZC26299381

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 22 of 40 PageID #: 901

1. Legal Name of *Related Person*:
   OZ GLOBAL CREDIT DOMESTIC PARTNERS GP, LTD.

2. Primary Business Name of *Related Person*:
   OZ GLOBAL CREDIT DOMESTIC PARTNERS GP, LTD.

3. *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
   -
   or
   Other

4. *Related Person's* CRD Number (if any):

5. *Related Person* is: (check all that apply)

   (a) ☐ broker-dealer, municipal securities dealer, or government securities broker or dealer

   (b) ☐ other investment adviser (including financial planners)

   (c) ☐ registered municipal advisor

   (d) ☐ registered security-based swap dealer

   (e) ☐ major security-based swap participant

   (f) ☐ commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

   (g) ☐ futures commission merchant

   (h) ☐ banking or thrift institution

   (i) ☐ trust company

   (j) ☐ accountant or accounting firm

   (k) ☐ lawyer or law firm

   (l) ☐ insurance company or agency

   (m) ☐ pension consultant

   (n) ☐ real estate broker or dealer

   (o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

   (p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

   |  | Yes | No |
   |---|---|---|
   | 6. Do you *control* or are you *controlled* by the *related person*? | ○ | ◉ |
   | 7. Are you and the *related person* under common *control*? | ◉ | ○ |

Confidential Treatment Requested by Och-Ziff                                                OZC26299382

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 23 of 40 PageID #: 902

8. (a)  Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*?          ○ ●

   (b)  If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*?          ○ ○

   (c)  If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:
        Number and Street 1:              Number and Street 2:
        City:          State:             Country:          ZIP+4/Postal Code:
        If this address is a private residence, check this box: ☐

                                                                                    **Yes No**

9. (a)  If the *related person* is an investment adviser, is it exempt from registration?          ○ ○

   (b)  If the answer is yes, under what exemption?

10. (a)  Is the *related person* registered with a *foreign financial regulatory authority*?          ○ ●

    (b)  If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.
                              No Information Filed

11. Do you and the *related person* share any *supervised persons*?          ● ○

12. Do you and the *related person* share the same physical location?          ● ○

---

1. Legal Name of *Related Person*:
   OZ ADVISORS LP

2. Primary Business Name of *Related Person*:
   OZ ADVISORS LP

3. *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
   -
   or
   Other

4. *Related Person's CRD* Number (if any):

5. *Related Person* is: (check all that apply)
   (a)  ☐   broker-dealer, municipal securities dealer, or government securities broker or dealer
   (b)  ☐   other investment adviser (including financial planners)
   (c)  ☐   registered municipal advisor

Confidential Treatment Requested by Och-Ziff                                        OZC26299383

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 24 of 40 PageID #: 903

(d) ☐ registered security-based swap dealer

(e) ☐ major security-based swap participant

(f) ☑ commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

(g) ☐ futures commission merchant

(h) ☐ banking or thrift institution

(i) ☐ trust company

(j) ☐ accountant or accounting firm

(k) ☐ lawyer or law firm

(l) ☐ insurance company or agency

(m) ☐ pension consultant

(n) ☐ real estate broker or dealer

(o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ○ | ◉ |
| 7. | Are you and the *related person* under common *control*? | ◉ | ○ |

8. (a) Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*?     ○ Yes   ◉ No

(b) If you are registering or registered with the SEC and you have answered "yes," to question 8.(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*?     ○ Yes   ○ No

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:                    Number and Street 2:
City:              State:              Country:         ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | Yes | No |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ○ |

(b) If the answer is yes, under what exemption?

10. (a) Is the *related person* registered with a *foreign financial regulatory authority* ?     ○ Yes   ◉ No

(b) If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.

No Information Filed

Confidential Treatment Requested by Och-Ziff                              OZC26299384

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 25 of 40 PageID #: 904

11. Do you and the *related person* share any *supervised persons*?          ◉ ○

12. Do you and the *related person* share the same physical location?          ◉ ○

---

1. Legal Name of *Related Person*:
   OZ ADVISORS II LP

2. Primary Business Name of *Related Person*:
   OZ ADVISORS II LP

3. *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
   -
   or
   Other

4. *Related Person's CRD* Number (if any):

5. *Related Person* is: (check all that apply)
   (a)  ☐  broker-dealer, municipal securities dealer, or government securities broker or dealer
   (b)  ☐  other investment adviser (including financial planners)
   (c)  ☐  registered municipal advisor
   (d)  ☐  registered security-based swap dealer
   (e)  ☐  major security-based swap participant
   (f)  ☐  commodity pool operator or commodity trading advisor (whether registered or exempt from registration)
   (g)  ☐  futures commission merchant
   (h)  ☐  banking or thrift institution
   (i)  ☐  trust company
   (j)  ☐  accountant or accounting firm
   (k)  ☐  lawyer or law firm
   (l)  ☐  insurance company or agency
   (m)  ☐  pension consultant
   (n)  ☐  real estate broker or dealer
   (o)  ☐  sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles
   (p)  ☑  sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

**Yes No**

Confidential Treatment Requested by Och-Ziff                                      OZC26299385

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 26 of 40 PageID #: 905

6.  Do you *control* or are you *controlled* by the *related person*?                    ○ ●

7.  Are you and the *related person* under common *control*?                             ● ○

8.  (a)  Does the *related person* act as a qualified custodian for your *clients* in connection with    ○ ●
         advisory services you provide to *clients*?

    (b)  If you are registering or registered with the SEC and you have answered "yes," to    ○ ○
         question 8(a) above, have you overcome the presumption that you are not
         operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person*
         and thus are not required to obtain a surprise examination for your *clients'* funds or
         securities that are maintained at the *related person*?

    (c)  If you have answered "yes" to question 8.(a) above, provide the location of the *related*
         *person's* office responsible for *custody* of your *clients'* assets:
         Number and Street 1:              Number and Street 2:
         City:              State:          Country:          ZIP+4/Postal Code:
         If this address is a private residence, check this box: ☐

                                                                                        **Yes  No**

9.  (a)  If the *related person* is an investment adviser, is it exempt from registration?   ○ ○

    (b)  If the answer is yes, under what exemption?

10. (a)  Is the *related person* registered with a *foreign financial regulatory authority*?   ○ ●

    (b)  If the answer is yes, list the name and country, in English, of each *foreign financial regulatory*
         *authority* with which the *related person* is registered.
                                   No Information Filed

11. Do you and the *related person* share any *supervised persons*?                      ● ○

12. Do you and the *related person* share the same physical location?                    ● ○

---

1.  Legal Name of *Related Person*:
    OCH-ZIFF REAL ESTATE MANAGEMENT, LP

2.  Primary Business Name of *Related Person*:
    OCH-ZIFF REAL ESTATE MANAGEMENT, LP

3.  *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
    -
    or
    Other

4.  *Related Person's* CRD Number (if any):

5.  *Related Person* is: (check all that apply)

Confidential Treatment Requested by Och-Ziff                                    OZC26299386

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 27 of 40 PageID #: 906

(a) ☐ broker-dealer, municipal securities dealer, or government securities broker or dealer

(b) ☐ other investment adviser (including financial planners)

(c) ☐ registered municipal advisor

(d) ☐ registered security-based swap dealer

(e) ☐ major security-based swap participant

(f) ☐ commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

(g) ☐ futures commission merchant

(h) ☐ banking or thrift institution

(i) ☐ trust company

(j) ☐ accountant or accounting firm

(k) ☐ lawyer or law firm

(l) ☐ insurance company or agency

(m) ☐ pension consultant

(n) ☐ real estate broker or dealer

(o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ⦿ | ○ |
| 7. | Are you and the *related person* under common *control*? | ○ | ⦿ |
| 8. (a) | Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ⦿ |
| (b) | If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ⦿ |

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:                    Number and Street 2:

City:                State:                Country:            ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | Yes | No |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ○ |
| (b) | If the answer is yes, under what exemption? | | |

Confidential Treatment Requested by Och-Ziff                                    OZC26299387

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 28 of 40 PageID #: 907

10. (a)   Is the *related person* registered with a *foreign financial regulatory authority* ?          ○  ◉

  (b)   If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered.

No Information Filed

11.  Do you and the *related person* share any *supervised persons*?          ◉  ○

12.  Do you and the *related person* share the same physical location?          ◉  ○

---

1.   Legal Name of *Related Person*:
     OZ EUROPEAN CREDIT OPPORTUNITIES FUND GP, L.P.

2.   Primary Business Name of *Related Person*:
     OZ EUROPEAN CREDIT OPPORTUNITIES FUND GP, L.P.

3.   *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
     -
     or
     Other

4.   *Related Person's CRD* Number (if any):

5.   *Related Person* is: (check all that apply)

  (a)  ☐   broker-dealer, municipal securities dealer, or government securities broker or dealer

  (b)  ☐   other investment adviser (including financial planners)

  (c)  ☐   registered municipal advisor

  (d)  ☐   registered security-based swap dealer

  (e)  ☐   major security-based swap participant

  (f)  ☐   commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

  (g)  ☐   futures commission merchant

  (h)  ☐   banking or thrift institution

  (i)  ☐   trust company

  (j)  ☐   accountant or accounting firm

  (k)  ☐   lawyer or law firm

  (l)  ☐   insurance company or agency

  (m)  ☐   pension consultant

  (n)  ☐   real estate broker or dealer

Confidential Treatment Requested by Och-Ziff                                    OZC26299388

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 29 of 40 PageID #: 908

(o) ☐   sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

(p) ☑   sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ○ | ⊙ |
| 7. | Are you and the *related person* under common *control*? | ⊙ | ○ |
| 8. (a) | Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ⊙ |
| (b) | If you are registering or registered with the SEC and you have answered "yes," to question 8(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ○ |

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:        Number and Street 2:

City:      State:      Country:      ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

|  |  | Yes | No |
|---|---|---|---|
| 9. (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ○ |
| (b) | If the answer is yes, under what exemption? | | |
| 10. (a) | Is the *related person* registered with a *foreign financial regulatory authority*? | ○ | ⊙ |
| (b) | If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered. | | |

No Information Filed

| 11. | Do you and the *related person* share any *supervised persons*? | ⊙ | ○ |
|---|---|---|---|
| 12. | Do you and the *related person* share the same physical location? | ⊙ | ○ |

---

1. Legal Name of *Related Person*:
   OZ EUROPEAN CREDIT OPPORTUNITIES OVERSEAS FUND GP, L.P.

2. Primary Business Name of *Related Person*:
   OZ EUROPEAN CREDIT OPPORTUNITIES OVERSEAS FUND GP, L.P.

3. *Related Person's* SEC File Number (if any) (e.g., 801-, 8-, 866-, 802-)
   -
   or
   Other

Confidential Treatment Requested by Och-Ziff                       OZC26299389

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 30 of 40 PageID #: 909

4. *Related Person's CRD* Number (if any):

5. *Related Person* is: (check all that apply)

   (a) ☐ broker-dealer, municipal securities dealer, or government securities broker or dealer

   (b) ☐ other investment adviser (including financial planners)

   (c) ☐ registered municipal advisor

   (d) ☐ registered security-based swap dealer

   (e) ☐ major security-based swap participant

   (f) ☐ commodity pool operator or commodity trading advisor (whether registered or exempt from registration)

   (g) ☐ futures commission merchant

   (h) ☐ banking or thrift institution

   (i) ☐ trust company

   (j) ☐ accountant or accounting firm

   (k) ☐ lawyer or law firm

   (l) ☐ insurance company or agency

   (m) ☐ pension consultant

   (n) ☐ real estate broker or dealer

   (o) ☐ sponsor or syndicator of limited partnerships (or equivalent), excluding pooled investment vehicles

   (p) ☑ sponsor, general partner, managing member (or equivalent) of pooled investment vehicles

|  |  | Yes | No |
|---|---|---|---|
| 6. | Do you *control* or are you *controlled* by the *related person*? | ○ | ◉ |
| 7. | Are you and the *related person* under common *control*? | ◉ | ○ |
| 8. (a) | Does the *related person* act as a qualified custodian for your *clients* in connection with advisory services you provide to *clients*? | ○ | ◉ |
| (b) | If you are registering or registered with the SEC and you have answered "yes," to question 8.(a) above, have you overcome the presumption that you are not operationally independent (pursuant to rule 206(4)-(2)(d)(5)) from the *related person* and thus are not required to obtain a surprise examination for your *clients'* funds or securities that are maintained at the *related person*? | ○ | ○ |

(c) If you have answered "yes" to question 8.(a) above, provide the location of the *related person's* office responsible for *custody* of your *clients'* assets:

Number and Street 1:          Number and Street 2:

City:          State:          Country:          ZIP+4/Postal Code:

If this address is a private residence, check this box: ☐

Confidential Treatment Requested by Och-Ziff

OZC26299390

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 31 of 40 PageID #: 910

|  |  |  | Yes | No |
|---|---|---|---|---|
| 9. | (a) | If the *related person* is an investment adviser, is it exempt from registration? | ○ | ○ |
|  | (b) | If the answer is yes, under what exemption? |  |  |
| 10. | (a) | Is the *related person* registered with a *foreign financial regulatory authority* ? | ○ | ● |
|  | (b) | If the answer is yes, list the name and country, in English, of each *foreign financial regulatory authority* with which the *related person* is registered. |  |  |

No Information Filed

|  |  | Yes | No |
|---|---|---|---|
| 11. | Do you and the *related person* share any *supervised persons*? | ● | ○ |
| 12. | Do you and the *related person* share the same physical location? | ● | ○ |

---

**SECTION 7.B.(1) *Private Fund* Reporting**

A. PRIVATE FUND

**Information About the *Private Fund***

1. (a) Name of the *private fund*:

   AFRICAN GLOBAL CAPITAL II, L.P.

   (b) *Private fund* identification number:
   (include the "805-" prefix also)

   805-7627481283

2. Under the laws of what state or country is the *private fund* organized:

   State:                Country:

   CAYMAN ISLANDS

3. Name(s) of General Partner, Manager, Trustee, or Directors (or persons serving in a similar capacity):

   | Name of General Partner, Manager, Trustee, or Director |
   |---|
   | OZ MANAGEMENT LP - INVESTMENT MANAGER |

4. The *private fund* (check all that apply; you must check at least one):

   ☐  (1) qualifies for the exclusion from the definition of investment company under section 3(c) (1) of the Investment Company Act of 1940

   ☑  (2) qualifies for the exclusion from the definition of investment company under section 3(c) (7) of the Investment Company Act of 1940

5. List the name and country, in English, of each *foreign financial regulatory authority* with which the *private fund* is registered.

   | No Information Filed |
   |---|

Confidential Treatment Requested by Och-Ziff                                          OZC26299391

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 32 of 40 PageID #: 911

                                                               **Yes  No**

6.  (a)  Is this a "master fund" in a master-feeder arrangement?      ○  ◉

      (b)  If yes, what is the name and *private fund* identification number (if any) of the feeder funds investing in this *private fund*?

| No Information Filed |
|---|

                                                                  **Yes  No**

      (c)  Is this a "feeder fund" in a master-feeder arrangement?      ○  ◉

      (d)  If yes, what is the name and *private fund* identification number (if any) of the master fund in which this *private fund* invests?

          Name of the *Private Fund*:

          *Private Fund* Identification Number:
          (include the "805-" prefix also)

NOTE: You must complete question 6 for each master-feeder arrangement regardless of whether you are filing a single Schedule D, Section 7.B.(1). for the master-feeder arrangement or reporting on the funds separately.

7.  If you are filing a single Schedule D, Section 7.B.(1) for a master-feeder arrangement according to the instructions to this Section 7.B.(1), for each of the feeder funds answer the following questions:

| No Information Filed |
|---|

NOTE: For purposes of questions 6 and 7, in a master-feeder arrangement, one or more funds ("feeder funds") invest all or substantially all of their assets in a single fund ("master fund"). A fund would also be a "feeder fund" investing in a "master fund" for purposes of this question if it issued multiple classes (or series) of shares or interests, and each class (or series) invests substantially all of its assets in a single master fund.

                                                                    **Yes  No**

8.  (a)  Is this *private fund* a "fund of funds"?      ○  ◉

      (b)  If yes, does the *private fund* invest in funds managed by you or by a *related person*?  ○  ○

NOTE: For purposes of this question only, answer "yes" if the fund invests 10 percent or more of its total assets in other pooled investment vehicles, whether or not they are also *private funds*, or registered investment companies.

                                                                    **Yes  No**

9.  During your last fiscal year, did the *private fund* invest in securities issued by investment companies registered under the Investment Company Act of 1940 (other than "money market funds," to the extent provided in Instruction 6.e.)?  ○  ◉

10.  What type of fund is the *private fund*?

Confidential Treatment Requested by Och-Ziff                                    OZC26299392

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 33 of 40 PageID #: 912

○ hedge fund ○ liquidity fund ○ private equity fund ○ real estate fund ○ securitized asset fund ○ venture capital fund ○ Other *private fund*

NOTE: For funds of funds, refer to the funds in which the *private fund* invests. For definitions of these fund types, please see Instruction 6 of the Instructions to Part 1A.

11. Current gross asset value of the *private fund*:
$ 278,935,470

**Ownership**

12. Minimum investment commitment required of an investor in the *private fund*:
$ 10,000,000
NOTE: Report the amount routinely required of investors who are not your *related persons* (even if different from the amount set forth in the organizational documents of the fund).

13. Approximate number of the *private fund*'s beneficial owners:
28

14. What is the approximate percentage of the *private fund* beneficially owned by you and your *related person*:
42%

15. What is the approximate percentage of the *private fund* beneficially owned (in the aggregate) by funds of funds:
0%

16. What is the approximate percentage of the *private fund* beneficially owned by non-*United States persons*:
60%

**Your Advisory Services**

**Yes  No**

17. (a) Are you a subadviser to this *private fund*?  ○  ●

(b) If the answer to question 17(a) is "yes," provide the name and SEC file number, if any, of the adviser of the *private fund*. If the answer to question 17(a) is "no," leave this question blank.

| No Information Filed |
| --- |

**Yes  No**

18. (a) Do any other investment advisers advise the *private fund*?  ○  ●

(b) If the answer to question 18(a) is "yes," provide the name and SEC file number, if any, of the other advisers to the *private fund*. If the answer to question 18(a) is "no," leave this question blank.

| No Information Filed |
| --- |

**Yes  No**

Confidential Treatment Requested by Och-Ziff                                    OZC26299393

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 34 of 40 PageID #: 913

19. Are *your* *clients* solicited to invest in the *private fund*?

20. Approximately what percentage of your *clients* has invested in the *private fund*?
    0%

**Private Offering**

|  | Yes | No |
|---|---|---|

21. Does the *private fund* rely on an exemption from registration of its securities under Regulation D of the Securities Act of 1933?

22. If yes, provide the *private fund*'s Form D file number (if any):

| No Information Filed |
|---|

B. SERVICE PROVIDERS

**Auditors**

23. (a) (1) Are the *private fund*'s financial statements subject to an annual audit?

(2) Are the financial statements prepared in accordance with U.S. GAAP?

If the answer to 23(a)(1) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one auditing firm, you must complete questions (b) through (f) separately for each auditing firm.

> **Additional Auditor Information : 1 Record(s) Filed.**
>
> If the answer to 23(a)(1) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one auditing firm, you must complete questions (b) through (f) separately for each auditing firm.
>
> (b) Name of the auditing firm:
>     DELOITTE LLP
>
> (c) The location of the auditing firm's office responsible for the *private fund*'s audit (city, state and country):
>
> | City: | State: | Country: |
> |---|---|---|
> | LONDON |  | UNITED KINGDOM |
>
> (d) Is the auditing firm an *independent public accountant*?
>
> (e) Is the auditing firm registered with the Public Company Accounting Oversight Board?
>
> (f) If "yes" to (e) above, is the auditing firm subject to regular inspection by the Public Company Accounting Oversight Board in accordance with its rules?

Confidential Treatment Requested by Och-Ziff                                          OZC26299394

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 35 of 40 PageID #: 914

|  | Yes | No |
|---|---|---|
| (g) Are the *private fund*'s audited financial statements distributed to the *private fund*'s investors? | ◉ | ○ |

(h) Does the report prepared by the auditing firm contain an unqualified opinion?

◉ Yes   ○ No   ○ Report Not Yet Received

*If you check "Report Not Yet Received," you must promptly file an amendment to your Form ADV to update your response when the report is available.*

**Prime Broker**

|  | Yes | No |
|---|---|---|
| 24. (a) Does the *private fund* use one or more prime brokers? | ◉ | ○ |

If the answer to 24(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

---

**Additional Prime Broker Information : 1 Record(s) Filed.**

If the answer to 24(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
DEUTSCHE BANK SECURITIES INC.

(c) If the prime broker is registered with the SEC, its registration number:
8 - 17822
CRD Number (if any):
2525

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | UNITED STATES |

|  | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund*'s assets? | ◉ | ○ |

---

**Custodian**

|  | Yes | No |
|---|---|---|
| 25. (a) Does the *private fund* use any custodians (including the prime brokers listed above) to hold some or all of its assets? | ◉ | ○ |

If the answer to 25(a) is "yes," respond to questions (b) through (f) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (f) separately for each custodian.

Confidential Treatment Requested by Och-Ziff                                    OZC26299395

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 36 of 40 PageID #: 915

**Additional Custodian Information : 1 Record(s) Filed.**

If the answer to 25(a) is "yes," respond to questions (b) through (f) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (f) separately for each custodian.

(b) Legal name of custodian:
    DEUTSCHE BANK SECURITIES INC.

(c) Primary business name of custodian:
    DEUTSCHE BANK SECURITIES INC.

(d) The location of the custodian's office responsible for *custody* of the *private fund*'s assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | UNITED STATES |

                                              Yes  No

(e) Is the custodian a *related person* of your firm?     ◯  ⦿

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any)
    8 - 17822
    CRD Number (if any):
    2525

## Administrator

                                                Yes  No

26. (a) Does the *private fund* use an administrator other than your firm?  ⦿  ◯

    If the answer to 26(a) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one administrator, you must complete questions (b) through (f) separately for each administrator.

**Additional Administrator Information : 1 Record(s) Filed.**

If the answer to 26(a) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one administrator, you must complete questions (b) through (f) separately for each administrator.

(b) Name of the administrator:
    NORTHERN TRUST INTERNATIONAL FUND ADMINISTRATION SERVICES (GUERNSEY) LIMITED

(c) Location of administrator (city, state and country):

Confidential Treatment Requested by Och-Ziff
OZC26299396

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 37 of 40 PageID #: 916

|  | City: | State: | Country: |  |
|---|---|---|---|---|
|  | GUERNSEY |  | GUERNSEY |  |

**Yes  No**

(d) Is the administrator a *related person* of your firm?   ○  ◉

(e) Does the administrator prepare and send investor account statements to the *private fund*'s investors?

◉ Yes (provided to all investors)  ○ Some (provided to some but not all investors) ○ No (provided to no investors)

(f) If the answer to 26(e) is "no" or "some," who sends the investor account statements to the (rest of the) *private fund*'s investors? If investor account statements are not sent to the (rest of the) *private fund*'s investors, respond "not applicable."

27. During your last fiscal year, what percentage of the *private fund*'s assets (by value) was valued by a *person*, such as an administrator, that is not your *related person*?

0%

Include only those assets where (i) such person carried out the valuation procedure established for that asset, if any, including obtaining any relevant quotes, and (ii) the valuation used for purposes of investor subscriptions, redemptions or distributions, and fee calculations (including allocations) was the valuation determined by such person.

### Marketers

**Yes  No**

28. (a) Does the *private fund* use the services of someone other than you or your *employees* for marketing purposes?   ○  ◉

You must answer "yes" whether the person acts as a placement agent, consultant, finder, introducer, municipal advisor or other solicitor, or similar person. If the answer to 28(a) is "yes", respond to questions (b) through (g) below for each such marketer the *private fund* uses. If the *private fund* uses more than one marketer you must complete questions (b) through (g) separately for each marketer.

No Information Filed

A. PRIVATE FUND

### Information About the *Private Fund*

1. (a) Name of the *private fund*:

OCH-ZIFF ENERGY FUND, L.P.

(b) *Private fund* identification number:
(include the "805-" prefix also)

Confidential Treatment Requested by Och-Ziff                                        OZC26299397

PAGES 59-861 OMITTED

Case 1:17-cv-00430-NGG-LB   Document 48-17   Filed 08/18/17   Page 39 of 40 PageID #: 918

**Execution Pages**

**DOMESTIC INVESTMENT ADVISER EXECUTION PAGE**

You must complete the following Execution Page to Form ADV. This execution page must be signed and attached to your initial submission of Form ADV to the SEC and all amendments.

## Appointment of Agent for Service of Process

By signing this Form ADV Execution Page, you, the undersigned adviser, irrevocably appoint the Secretary of State or other legally designated officer, of the state in which you maintain your *principal office and place of business* and any other state in which you are submitting a *notice filing*, as your agents to receive service, and agree that such *persons* may accept service on your behalf, of any notice, subpoena, summons, *order* instituting *proceedings*, demand for arbitration, or other process or papers, and you further agree that such service may be made by registered or certified mail, in any federal or state action, administrative *proceeding* or arbitration brought against you in any place subject to the jurisdiction of the United States, if the action, *proceeding*, or arbitration (a) arises out of any activity in connection with your investment advisory business that is subject to the jurisdiction of the United States, and (b) is *founded*, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these acts, or (ii) the laws of the state in which you maintain your *principal office and place of business* or of any state in which you are submitting a *notice filing*.

## Signature

I, the undersigned, sign this Form ADV on behalf of, and with the authority of, the investment adviser. The investment adviser and I both certify, under penalty of perjury under the laws of the United States of America, that the information and statements made in this ADV, including exhibits and any other information submitted, are true and correct, and that I am signing this Form ADV Execution Page as a free and voluntary act.

I certify that the adviser's books and records will be preserved and available for inspection as required by law. Finally, I authorize any *person* having *custody* or possession of these books and records to make them available to federal and state regulatory representatives.

Signature:                             Date: MM/DD/YYYY
JEFFREY C. BLOCKINGER                   08/16/2012
Printed Name:                          Title:
JEFFREY C. BLOCKINGER                   CHIEF COMPLIANCE OFFICER
Adviser *CRD* Number:
107913

---

**NON-RESIDENT INVESTMENT ADVISER EXECUTION PAGE**

You must complete the following Execution Page to Form ADV. This execution page must be signed and attached to your initial submission of Form ADV to the SEC and all amendments.

## 1. Appointment of Agent for Service of Process

Confidential Treatment Requested by Och-Ziff                                      OZC26300201

REMAINDER OF DOCUMENT OMITTED