# EXHIBIT 18

**From:** [SA Business Associate 3]
**Sent:** Tuesday, March 27, 2007 05:07:10 AM
**To:** MICHAEL COHEN
**Subject:** ▮
**Attachments:** NotesDocAssentor.NOTE; 20070327100552.pdf

Dear Michael

Attached hereto please find a summary of a potential oil and gas deal with the ▮ boys (all details included) for NEWCO to pursue.

I will forward information on ▮, Nigeria to you in seperate emails. This information has been cut in 8 parts because of it's size and I will mail them to you as Part A&B, C&D, E&F and G&H.

Please advise your thoughts.

Regards
[SA Business Associate 3]

----- Original Message -----
**From:** ▮
**To:** ▮; [SA Business Associate 3]
**Sent:** Tuesday, March 27, 2007 11:09 AM
**Subject:** Scanned Doc

Confidential Treatment Requested by Och-Ziff                                              OZC6919701

**From:** ▇▇▇▇▇▇▇@hotmail.com>
**To:** [SA Business Associate 3] ▇▇▇▇
**Sent:** Thursday, March 22, 2007 3:43 PM
**Subject:** Block ▇ - Nigeria

[SA Business Associate 3]

I trust u have received the proposed Joint Bid Agreement d(JBA) doosuments.

Just to re-confirm our understanding, following last discussions between us and ▇:

a) You will form a new offhore company (NEWCO); The initial capitalisation (equity) will be $▇ ▇▇ USD contributed by your group of investors and equally divided between a direct investment in ▇▇▇ (approx 24.5%) and NEWCO.

b) NEWCO will jointly bid with ▇▇▇ for Block ▇ - this Block is offered to us outside the Nigerian Goevernment's bidding round, on a preferrential basis. ▇▇ will buy 25% and NEWCO will take the 75% balance. It is estimated that the total cost will be apprx. $20-$25 million (includes $5 million for the ongoing Presidential campaign...) Please note that during the intial biding round, this block had a signature bonus requirement of $60 million.

c) NEWCO's Shareholder Agreement will stipulate that ▇ and I will own outrightly 15% of its shares, with an additional "earned" 10% on the added value.

d) We will bring onboard NEWCO our entire Senior management team, once our forthcoming IPO is completed (estimated to take place at year's end), or earlier, if we decide to terminate our employment with ▇▇▇ Kindly note that we have no Management contracts with ▇▇▇ at this time.

e) All details regarding our Agreement will be mutually agreed upoin ourselves as soon as feasible. The important is that we mutually have complete trust and rthat you give our Management the lattitude and full support to build a multi-billion company.

Kinldy let me have your comments. ▇ will be in London tomorrow and we must proceed quickly with the NEWCO acquisition of ▇.

Best regards,
▇

PS  Please confirm receipt of this e-mail.

Match.com - Click Here To Find Singles In Your Area Today!

3/27/2007

Confidential Treatment Requested by Och-Ziff

OZC6919703

**From:**
**To:** [SA Business Associate 3]
**Sent:** Wednesday, March 21, 2007 6:27 PM
**Attach:** JBA March 20, 2007.doc
**Subject:** FW: Joint Bidding on ▮ Nigeria

---

**From:** ▮
**Sent:** 21 March 2007 09:06
**To:** ▮
**Subject:** FW: Joint Bidding on ▮ Nigeria
**Importance:** High

▮

Senior Vice President – Engineering

▮

▮

+44 ▮

+44 ▮

---

**From:** ▮
**Sent:** 20 March 2007 15:26
**To:** [SA Business Associate 3]
**Cc:** ▮
**Subject:** Joint Bidding on ▮ Nigeria
**Importance:** High

[SA Business Associate 3]

▮ asked me to get the attached draft to you for your info/review concerning the above subject.

It is self explanatory but possibly a little too involved. We are still reviewing it internally as well.

If not included, we will be looking to share the data, evaluation and preparation costs too, circa $▮ gross at this stage.

We await your comments.

Kind regards

3/27/2007

Confidential Treatment Requested by Och-Ziff

OZC6919704

▉

Senior Vice President – Engineering

▉

1▉

+44 ▉

+44 ▉

<<JBA March 20, 2007.doc>>

\*\*\*\*\*\*\*\*\*\*\*Private and Confidential\*\*\*\*\*\*\*\*\*\*
The information in this email is confidential and is intended only for the person(s) named. Any other distribution, copying or disclosure is prohibited.
If you are not the intended recipient please delete this e-mail from your system and notify the sender immediately or telephone +44(▉

3/27/2007

Confidential Treatment Requested by Och-Ziff

OZC6919705

PAGES 4 – 61 OF THE ATTACHMENT
(OZC6919706 – OZC6919763)
OMITTED